654

391 A.2d 712

Solimini v. Solimini, Appellant.

Argued December 13, 1977. Robert C. McGrath, with him Michael J. Eagen, Jr., for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.